SEALED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.    SACR 07-0036-AG                              Date    March 13, 2007

Present: The Honorable    Andrew J. Guilford, U.S. District Judge

Interpreter    None

| Lisa Bredahl | Jennifer Lewis | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| George H. Jaramillo | | X | | Brent Romney<br>Robert Corrado | | X | X |

**Proceedings:**   CHANGE OF PLEA

The hearing is ordered closed and the transcript is ordered sealed, not to be transcribed without court order.

Defendant sworn and arraigned on the Information

Defendant moves to change plea to the Information.

Defendant sworn and states true name as charged.

Defendant enters new and different plea of GUILTY to Counts 1 and 2 of the Information.

The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

The matter is continued to October 29, 2007 at 1:30 p.m. for sentencing.

Defendant is released on a $5000 appearance bond. Supervision of the defendant shall be by the agents of the FBI and the INS. Defendant shall surrender his passport to the supervising agents on or before March 31, 2007 or sign a declaration that he does not have a passport.



DOCKETED
APR - 3 2007
BY                 038

0 : 30

Initials of Deputy Clerk   lmb

12